IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 01-cv-00083-REB-CBS

STOCKMAN'S WATER COMPANY, LLC, a Colorado limited liability company, and
GARY BOYCE, an individual domiciled in Colorado,

    Plaintiffs,

v.

PETER HORNICK, an individual domiciled in New York,

    Defendant.

_____

ORDER OF DISMISSAL OF PLAINTIFFS' CLAIM
FOR BREACH OF CONTRACT WITHOUT PREJUDICE
_____

**Blackburn J.**

    THE COURT, having reviewed the Parties' *Stipulated Motion for Dismissal Of Plaintiffs' Claim For Breach of Contract Without Prejudice Under Federal Rule of Civil Procedure 41(a)(1) and (c)*,

    **ORDERS** as follows:

    1. That Plaintiffs' Claim for Breach of Contract is hereby dismissed, without prejudice;

    2. That the statute of limitations for the subject breach of contract claim is tolled during the pendency of this action (i.e., since January 16, 2001 through the date of this *Order*);

    3. That trial to the court set to commence October 11, 2005, is vacated;

    4. That any pending pretrial motion is denied as moot; and

5. That the judgment entered pursuant to this *Order* shall constitute a final judgment, pursuant to Fed.R.Civ.P. 54, for purposes of any appeal arising in this action.        Dated: September 28, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge