# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 01-cv-00083-REB-CBS

STOCKMAN'S WATER COMPANY, LLC, a Colorado limited liability company, and
GARY BOYCE, an individual domiciled in Colorado,

    Plaintiffs,

v.

PETER HORNICK, an individual domiciled in New York,

    Defendant.

_____

## MINUTE ORDER
_____

    Defendant American Water Development, Inc.'s Motion for Relief from Order or in the Alternative for Entry of Judgment [#341], filed October 20, 2005, is STRICKEN for failure to comply with REB Civ. Practice Standard V.A.1.

Dated:  October 21, 2005
----------------------------------------------------------------------------------------------------------